ANDRÉ S. WOOTEN    #3887
ATTORNEY AT LAW
1188 BISHOP STREET
CENTURY SQUARE, SUITE 1909
HONOLULU, HAWAII 96813
TELEPHONE: 808-545-4165

ATTORNEY FOR PLAINTIFF

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 24 2008

at 4 o'clock and 02 min P .M.
SUE BEITIA, CLERK

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RICHARD SIMMS; | CIVIL NO. CV06-00669 HG-LEK |
| Plaintiff, | SUPPLEMENTAL DECLARATION OF COUNSEL and ERRATA; EXHIBITS 5 & 18; CERTIFICATE OF SERVICE |
| vs. | |
| CITY AND COUNTY OF HONOLULU POLICE DEPARTMENT; BOISSE CORREA, Chief of Police; LLYLE FLECK, Police Officer; JOHN DOES 1-10, Police Officers; | |
| Defendants. | |

SUPPLEMENTAL DECLARATION OF COUNSEL and ERATA

In the City and County of Honolulu }
                                    } SS
In the State of Hawaii              }

ANDRÉ S. WOOTEN being first duly sworn upon oath and upon penalty of perjury deposes and says that the foregoing is true to the best of his ability.

1.  Declarant is the attorney for Plaintiff Richard Simms in the above-entitled case. These are exhibits which Plaintiff mentioned in their opposition to Defendant's to Defendant's

Summary judgement motion, which we needed some more time to obtain copies of. Hence, we file this Supplemental Declaration of counsel and errata to introduce them.

2.   <u>EXHIBIT 18</u> is a true and accurate copy of the Certificate of Authenticity of the copy of case documents of for <u>Natan Martelle v. Lyle Ykio Fleck, et al</u>. case filed 91-00642 DAE, which we ordered and finally received March 19, 2008. A true copy of The complaint of assault, excessive force, and malicious prosecution, filed by Nathan Martelle against Defendant Lyle Fleck in 1991 is contained her. The record indicates the case was settled and dismissed in 1992.

3.   <u>EXHIBIT 5</u> is a true and accurate copy of the March 23, 2005 District Court trial hearing transcript regarding his arrest by Defendant Fleck after which the District judge granted the Defense motion to dismiss the charge, which we ordered and obtained a copy March 19, 2008.

FURTHER, DECLARANT SAYETH NAUGHT.

DATED: Honolulu, Hawaii     March 21, 2008

ANDRÉ S. WOOTEN
Attorney for Plaintiff